UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

3:24mj1088 RAR

In Re: APPLICATION FOR         :
                               :
SEARCH WARRANT                 :
                               :

AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, BRIAN BOUDREAU, being duly sworn, depose and state as follows:

**I.   INTRODUCTION**

1.   I have been a United States Postal Inspection Service (hereinafter "USPIS") Task Force Officer since August 2024. I am assigned to the Boston Division, working out of Hartford, Connecticut. I am presently a duly sworn police officer for the last 9 years, currently with the Plainville Police Department. I have participated in numerous investigations of complex drug conspiracies and all stages of illegal narcotics distributions, in violation of 21 U.S.C. §§ 841(a)(1), 843(b) and 846 and violations of the State of Connecticut General Statutes for distribution of illegal narcotics. I have been the affiant on several search warrant applications which have led to the seizure of significant quantities of illegal narcotics, related paraphernalia, and packaging used in the drug trade.

2.   I am currently assigned to the USPIS sponsored Narcotics and Bulk Cash Trafficking Task Force (herein after "NBCT-TF"), which includes responsibilities for investigating narcotics and illicit proceeds trafficked via the US Mail, along with assaults and robberies of postal employees and robberies and burglaries of postal facilities. The NBCT-TF

1

currently consists of seven Postal Inspectors, detectives from the Hartford, Meriden, Plainville, and Connecticut State Police, and a Special Agent from the USPS Office of Inspector General.

3. Based upon my training and experience, I know that drug trafficking organizations routinely utilize several operational techniques to sustain their illegal enterprise. These practices are designed and implemented to achieve two paramount goals: first, the successful facilitation of the organization's illegal activities which consist of the importation and distribution of illegal controlled substances and the subsequent repatriation of the proceeds of that illegal activity; and second, minimization of the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

4. I am a law enforcement officer of the United States within the meaning of Title 18 U.S.C. § 3061 and am empowered by law to conduct investigations and make arrests for offenses enumerated in Title 21 U.S.C. §841(a)(1) and other federal offenses.

5. The information contained in this affidavit is based on my knowledge and experience, the observations I made during the course of this investigation, information conveyed to me by other law enforcement officers, through interviews of witnesses, and the knowledge and experience of my law enforcement colleagues.

6. Because this affidavit is being submitted for the limited purposes of securing search warrants, I have not included each and every fact known to me concerning this investigation. Rather, it contains those facts I believe to be necessary to establish probable cause for issuance of this search warrant.

## II.   SUBJECT PARCEL

7.   Based on the information contained in this affidavit, there is probable cause to believe, and I do believe, that Priority Mail parcel displaying USPS Tracking Number 9405536206249278156259, addressed to "Jesse Walden 494 Mix St, Bristol CT 06010-2709" and bearing a return address of "Lila Wheeler 1329 Tyler St Hollywood, FL 33019" ("SUBJECT PARCEL"), contains evidence of the unlawful possession of controlled substances.

8.   On or about November 27th, 2024, the SUBJECT PARCEL was identified as a parcel possibly containing a controlled substance and/or proceeds derived from the distribution of controlled substances. The SUBJECT PARCEL weighs approximately 0.55 lbs. and bears $8.57 in postage.

9.   A review of database records indicates that the delivery address on the SUBJECT PARCEL "494 Mix St Bristol, CT 06010-2709" is an actual address. A review of CLEAR which has proven reliable in previous investigations, returned a result for a "Jesse Walden" associated with the delivery address. A review of database records indicates that the return address on the SUBJECT PARCEL, "1329 Tyler St Hollywood, FL 33019" is an actual address. A review of CLEAR which again has proven reliable in previous investigations, did not return any results for "Lila Wheeler" associated with "1329 Tyler St Hollywood, FL 33019". Furthermore, CLEAR did not return any results for "Lila Wheeler" associated with "Hollywood, FL"

10.   On December 3rd, 2024, the SUBJECT PARCEL was examined by a trained narcotics detection canine. The canine is a four (4) year-old, tan and black German Shepherd named Onyx. Onyx is assigned to Officer Timothy Camerl of the West Hartford Police Department. Onyx was first certified in August of 2021 and was last recertified in June of 2024.

Onyx is certified in the detection of cocaine, crack cocaine, heroin, MDMA and methamphetamines. Onyx received monthly in-service training sessions in the detection of narcotics.

11. The SUBJECT PARCEL was placed among four other similarly sized parcels prior to Onyx's handler arriving. Upon examination of the parcels, the canine handler informed me that the canine alerted to the SUBJECT PARCEL. The handler and canine left the area. The parcels, including the SUBJECT PARCEL were rearranged in different positions on the floor. The handler and canine were called in again. The canine handler informed me that the canine alerted to the SUBJECT PARCEL once again.

12. Based on the above, there is probable cause to believe, and I do believe, that located within the SUBJECT PARCEL, is evidence of a controlled substance offense, in violation of Title 21, United States Code, Sections 841(a)(1), 844, and 846. Because this warrant seeks only permission to examine the SUBJECT PARCEL, which is presently in the custody of the USPIS Domicile located at 141 Weston St., Hartford, CT 06101, the execution of this warrant does not involve the physical intrusion onto a premise. Consequently, I submit that there is reasonable cause for the Court to authorize execution of the warrant at any time day or night.

### III. CONCLUSION

13. WHEREFORE, I respectfully request that a search warrant be issued to search the SUBJECT PARCEL for evidence of illegal narcotics and narcotics proceeds, and for any and all documents or other materials containing evidence of the participants in, and methods and plans of conducting, the suspected narcotics trafficking.

Brian Boudreau
Digitally signed by Brian Boudreau
Date: 2024.12.05 10:10:18 -05'00'

BRIAN BOUDREAU
USPIS TASK FORCE OFFICER

Subscribed and sworn to before me by telephone this __5__ day of December 2024.

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2024.12.05 11:04:16 -05'00'

HONORABLE ROBERT A. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

# ATTACHMENT A

## Property to Be Searched

USPS Priority Mail parcel displaying USPS Tracking Number 9405536206249278156259, addressed to "Jesse Walden 494 Mix St Bristol, CT 06010-2709" and presently in the custody of the United States Postal Inspection Service at 141 Weston Street in Hartford, CT 06101.



1

## ATTACHMENT B

### Particular Things to be Seized

Evidence, fruits, contraband, and instrumentalities of violations of 21 U.S.C. §§ 841(a), 844, and 846 including United States currency and narcotics.